1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY JO KITTOK,                                    No. C 07-02117 WHA

        Plaintiff,

  v.                                                **ORDER RE REQUEST TO VACATE DATES**

INTERSTATE CONCORD, LLC,

        Defendant.
_____/

     The Court has received parties' notice of settlement and request to vacate all currently set dates.  Until parties have filed stipulation for dismissal, all dates will remain on the calendar. Parties' stipulated request to vacate dates is **DENIED**.

     **IT IS SO ORDERED.**

Dated:  August 16, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE