CENTER FOR DISABILITY ACCESS, LLP
M. ERIC PARKAN, ESQ., SBN 35687
MARK D. POTTER, ESQ., SBN 166317
RUSSELL C. HANDY, ESQ., SBN 195058
CHRISTIANA POYNTER, ESQ., SBN 234409
100 East San Marcos Blvd., Suite 400
San Marcos, CA 92069-2988
(760) 480-4162
Fax (760) 480-4170

Attorney for Plaintiff, MARY JO KITTOK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JO KITTOK,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE CONCORD, LLC, A Delaware Limited Liability Company, and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.: 3:07CV2117WHA<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (2): ORDER THEREON** |

## STIPULATION

IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as a result of the settlement of the action.

///

///

-1-

IT IS SO STIPULATED.

CENTER FOR DISABILITY ACCESS, LLP

Dated: 4-20-07

Mark D. Potter
Attorney for Plaintiff

MORRISON & FOERSTER LLP

Dated: 8/17/07

James B. Boddy, Jr., Kathryn M. Davis
Attorneys for Defendants

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. ~~The court shall retain jurisdiction to enforce the terms of the settlement.~~

IT IS SO ORDERED.

Dated: __August 27, 2007__

IT IS SO ORDERED
Judge William Alsup

United States District Court Judge

-2-

Stipulation for Dismissal

## PROOF OF SERVICE

KITTOK V. INTERSTATE CONCORD, ET AL.        Case # 3:07-CV2117 WHA

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 100 East San Marcos Blvd., Suite 400, San Marcos, California, 92069.

On August 21, 2007 I served the following document(s):

STIPULATION FOR DISMISSAL

Addressed to:
James E. Boddy Jr., Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

Kathryn M. Davis, Esquire
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road
Walnut Creek, CA 94596

☒ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Marcos, California.
☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Marcos, California.

Executed on August 21, 2007 from San Marcos, California.

I declare under penalty of purjury under the laws of the State of California that the above is true and correct.

_____
MYLES D. RUSH

PROOF OF SERVICE